ORIGINAL

MAUSKOPF, J.

LEVY, M.J.



RECEIVED
JUL 12 2019
PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

Nicole P. White

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

MyLife.com Jeff Tinsley
Justia - Tim Stanley

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

---

**Complaint for a Civil Case**

Case No. **CV 19 - 4138**
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☑ No
*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Nicole P White
Street Address — 490 Myrtle #2J
City and County — Brooklyn & Kings
State and Zip Code — NY 11205
Telephone Number — 718-717-9709
E-mail Address — n.white55@yahoo.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name — MyLife.com - Jeff Tinsley
Job or Title (if known) — Founder
Street Address — 1100 Glendon Ave F17
City and County — Los Angeles
State and Zip Code — CA 90024-3144
Telephone Number — 310-571-3144
E-mail Address (if known) — www.mylife.com

Defendant No. 2

Name — Justia - Tim Stanley
Job or Title (if known) — Chief executive officer
Street Address — 1380 Pear Ave #2B
City and County — Mountain View - Santa Clara County

2

State and Zip Code   *CA-94043-1362*

Telephone Number   *650-326-1362*

E-mail Address   *WWW. Justia-com*
(if known)

Defendant No. 3

    Name   _____

    Job or Title   _____
    (if known)

    Street Address   _____

    City and County   _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address   _____
    (if known)

Defendant No. 4

    Name   _____

    Job or Title   _____
    (if known)

    Street Address   _____

    City and County   _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address   _____
    (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Right of Publicity, defamation of character & false information, Privacy Act of 1974

B.     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* Nicole P White , is a citizen of the State of *(name)* New York .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* Jeff Tinsley , is a citizen of the State of *(name)* California . *Or* is a citizen of *(foreign nation)* _____

b.    If the defendant is a corporation

The defendant, *(name)* My life.com Jeff Tinsley, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

My life.com Jeff Tinsley $10million
Justia - Tim Stanley $75,000
enclosed letter

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

enclosed letter

What is the basis for federal court jurisdiction? *(check all that apply)*

Federal question                    Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

that

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution are at issue in this case.

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____ , is a citizen of the
State of *(name)* _____

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing*
the
*same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* Tim Stanley , is a citizen of
the State of *(name)* California . Or is a citizen of
*(foreign nation)* _____

b.    If the defendant is a corporation
The defendant, *(name)* Justia·Tim Stanley , is incorporated under
the laws of the State of *(name)* California , and has its
principal place of business in the State of *(name)* California .
Or is incorporated under the laws of *(foreign nation)* _____ ,

Page of 5

and has its principal place of business in *(name)* _____ .

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Opt out of sharing my information online without my permission. I asked both defendants to remove my information off their websites. They ignored me and its still online

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/12 , 2019

Signature of Plaintiff    N. White - N. White

Printed Name of Plaintiff    Nicole P White

7/10/19

My life . com violated Privacy Act of 1974,
Right of Publicity & defamation of character. Exposing
online that I'm a possible Sex offender. Exposing
my picture, family, neighbors, criminal records,
lawsuits. False information - net worth - I'm asking
for $10 million dollars My life. com is a SCAM.

Justia . com violated Privacy Act of 1974 & Right
of Publicity - I gave Justia no permission to expose
my lawsuit against CPS online . I'm asking for
$75,000 .





 mylife (/)

        🔍

| (/) | (/) | (/site/import-contacts.pubview) | (/privacy?page=privacy) |

Bio    ⚠ Court Records    Contact Info    Family & Friends    Photos    Reviews    Work/School

⚠
ALERT!

Lawsuits, Liens or Bankruptcies records found!
Family, Friends, Neighbors, or Classmates with Court records!
View Details (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=court)

## Nicole White, 49 (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=vcard-name)
Brooklyn, NY

This is Me - Control Page (/site/ob/init/identity-premium.pubview?adl=2695917377&pagesection=ID)

AKA: Nicole P White

Work: at Rite Aid

(/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=work)

View All Photos (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=photos)



BAD            GOOD

 Approximate Reputation Score 

Negative    **3.40**/5    Positive

(0) Review

(/site/ob/init/ps-bgc.pubview?
adl=2695917377&pagesection=bg)

(/site/ob/init/identity-
premium.pubview?
adl=2695917377&pagesection=ID)

✏        ★        ✉        🔒

❷ What's a Background Report?    ❷ Can I control this page?    ❷ What's a Reputation Score?

## Nicole's Bio

❸ Public    🔒 Private

### Summary ✏

Nicole White was born on 03/09/1970 and is 49 years old. Nicole's Reputation Score is 3.40. Nicole White currently lives in Brooklyn, NY; in the past Nicole has also lived in New York NY and Monroe NY. In the past, Nicole has also been known as Nicole P White. Nicole's ethnicity is Caucasian, whose political affiliation is unknown; and religious views are listed as Christian. As of this date, Nicole is married. Nicole's personal network of family, friends, associates & neighbors include White White (/white-white/e102157539139956), Nicole White (/nicole-white/e78433905799980), Nicole White (/nicole-white/e73071430923498), Olivia White (/olivia-white/e100517023600890) and Charles White (/charles-white/e931531813866). Nicole's reported annual income is about $60 - 69,999; with a net worth that tops $25,000 - $49,999. View All Details (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=bio)

Birthday: 3/9/1970
Political Party: Info Pending...
Ethnicity: Caucasian
Religion: Christian
Income: $60 - $69,999
Net Worth: $25,000 - $49,999
Relationship: Married
Kids: Info Pending...

Nicole has yet to verify this information. See any inaccuracies?
Edit for Free

### Properties ✏

Check Full Background Report (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=work) to see personal property information. This may contain information such as current home value and purchase price.

### Automobile ✏

Year: Info Pending...
Make: Info Pending...
Model: Info Pending...

### Licenses and Permits

Check Full Background Report (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=licenses) to see weapons permits, Federal Aviation Administration pilot licenses and Drug Enforcement Administration licenses for prescribing controlled pharmaceuticals.

This is Me - Control Page (/site/ob/init/identity-premium.pubview?adl=2695917377&pagesection=ID)

## Court & Arrest Records

### Court, Arrest or Criminal Records

Nicole may have Arrest or Criminal Records. Check Full Background Report (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=arrest) to see possible **arrest or conviction records** we have found on Nicole. This may include any **DUIs, traffic tickets** and **outstanding warrants**. When applicable, we may show **where the crime occurred** and provide **details about the offense**.

(/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=arrest)

This is Me - Control Page (/site/ob/init/identity-premium.pubview?adl=2695917377&pagesection=ID)

### Lawsuits, Liens or Bankruptcies 

**Nicole DOES have Lawsuits, Liens or Bankruptcies.** Check Full Background Report (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=lawsuits) to see local, state and federal court documents, **sensitive legal information** and any **litigation** that Nicole may have been involved in. We'll reveal arrest details like **case numbers, offense descriptions**, and **booking dates**, where available.

(/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=lawsuits)

This is Me - Control Page (/site/ob/init/identity-premium.pubview?adl=2695917377&pagesection=ID)



### Sex Offender Status

Nicole may have Sexual Offenses. Check Full Background Report (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=sexOffender) to see a complete list of any and all **sex offenses** Nicole may have been convicted of and his **current sex offender status** if applicable.

(/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=sexOffender)

This is Me - Control Page (/site/ob/init/identity-premium.pubview?adl=2695917377&pagesection=ID)

### Eviction Records

Nicole may have records indicating that they have been evicted from their home. Check Full Background Report (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=sexOffender) to see a complete list of any and all **eviction records** Nicole may have.

## Contact Information

**Public**  **Private**

**Recent Address**
490 Myrtle Ave Apt 2j Brooklyn, NY

(https://address.mylife.com/address-490_myrtle_ave_apt_2j/brooklyn/ny/11205)

**Past Addresses**
22 Claremont Trl Monroe, NY

(https://address.mylife.com/address-22_claremont_trl/monroe/ny/10950)

175 Thompson St New York, NY

(https://address.mylife.com/address-175_thompson_st/new-york/ny/10012)

237 E 12th St New York, NY

(https://address.mylife.com/address-237_e_12th_st/new-york/ny/10003)

View All Addresses (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=address)

**Current Phone Number**
(347)-689-3085 (/phone-347-689-3085)

View All Phone Numbers (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=phoneonly)

**Email Addresses**
****@yahoo.com
(/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=emailonly)
****@yahoo.com
(/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=emailonly)
****@yahoo.com
(/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=emailonly)
****@frontiernet.net
(/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=emailonly)

View All Email Addresses (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=emailonly)

**Social Profiles**
Check Full Background Report (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=social) to see Nicole's social media activity. This may contain online profiles, dating websites, forgotten social media accounts, and other potentially embarrassing profiles. This may also contain additional contact information, giving you more ways to get in touch.

(/site/ob/init/ps-

Family & Friends

🌐 Public    🔒 Private

## Relatives/Associates

White White (/White-White/E102157539139956)
New York, NY
Reputation Score: 3.75/5

Nicole White (/Nicole-White/E78433905799980)
New York, NY
Reputation Score: 3.17/5
⚠ **Alert:** Court Records

Nicole White (/Nicole-White/E73071430923498)
Mount Rainier, MD
Reputation Score: 2.88/5
⚠ **Alert:** Court Records



Olivia White (/Olivia-White/E100517023600890)
New York, NY
Reputation Score: 3.70/5
⚠ **Alert:** Court Records

Charles White (/Charles-White/E931531813866)
Brooklyn, NY
Reputation Score: 2.50/5
⚠ **Alert:** Court Records

John Wright (/John-Wright/E949034197410)
Ruckersville, VA
Reputation Score: 3.75/5

Alexander White (/Alexander-White/E931362153750)
Los Angeles, CA
Reputation Score: 3.75/5

Bret Wright (/Bret-Wright/E948825733392)
San Francisco, CA
Reputation Score: 3.15/5
⚠ **Alert:** Court Records

Joyce Mcmillan (/Joyce-Mcmillan/E526393843350)
New York, NY

Melva White (/Melva-White/E932251057326)
Covington, GA
Reputation Score: **4.03**/5
⚠ **Alert:** Court Records

(/site/ob/init/ps-
bgc.pubview?
adl=2695917377&pagesection=associates)

## Neighbors

Leticia Chand (/Leticia-Chand/E112320310272)
490 Myrtle Ave Apt 2i
Brooklyn, NY
Reputation Score: **3.15**/5

Reuven Szleifer (/Reuven-Szleifer/E46689730320096)
490 Myrtle Ave Apt 2l
Brooklyn, NY
Reputation Score: **3.75**/5

Cristalann Rodriguez (/Cristalann-Rodriguez/E76546672128408)
490 Myrtle Ave Apt 2e
Brooklyn, NY
Reputation Score: **3.85**/5

Jeremiah Brown (/Jeremiah-Brown/E79013282118726)
490 Myrtle Ave Apt 2k
Brooklyn, NY
Reputation Score: **3.85**/5

(/site/ob/init/ps-bgc.pubview?
adl=2695917377&pagesection=neighbors)

## Classmates

Check Full Background Report (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=classmates) to see
possible who they are and full classlists found from school records and public sources.

(/site/ob/init/ps-bgc.pubview?
adl=2695917377&pagesection=classmates)

## Photos


Public    Private



(/site/ob/init/ps-bgc.pubview?
adl=2695917377&pagesection=photos)

This is Me - Control Page (/site/ob/init/identity-premium.pubview?adl=2695917377&pagesection=ID)

Reviews & Ratings (0)

Improve Rating

We are thrilled to introduce your personal review section. We assume the best of everyone we first meet, and agree with Hemingway when he said "The best way to find out if you can trust somebody is to trust them." PLEASE ASK OTHERS TO REVIEW YOU - it is important. We expect your reviews to be a positive reflection of who you are, helping you to build a great reputation that friends, employers, clients, dates, and everyone will see. It is how people assess you, just like a business on Yelp, so it is important that you look good to the world.

## Work & Education

## Work History ✎

Title: Info Pending...
Company: Rite aid
City: Info Pending...
Start: Info Pending...
End: Current

Title: Info Pending...
Company: Hess gas
City: New York,
Start: Info Pending...
End: Current

Title: Manager
Company: Raintree CORP
City: Hempstead, NY
Start: Info Pending...
End: Current

## Corporate Affiliations

Check Full Background Report (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=corporate) to see a complete list of known corporate affiliations. This may contain information such as company name, job title, address, and time period of service.

## School History ✎

Check Full Background Report (/site/ob/init/ps-bgc.pubview?adl=2695917377&pagesection=education) to see possible education history including where and when they attending high school and college, and a complete list of their high school class list.

This is Me - Control Page (/site/ob/init/identity-premium.pubview?adl=2695917377&pagesection=ID)

## Other Nicole White (8)

Nicole White, 46 (/Nicole-White/E40803943333B)
Brooklyn, Md

Nicole White, 33 (/Nicole-White/E82071711608022)
Brooklyn, Mi

Nicole White, 22 (/Nicole-White/E100662993796518)
Brooklyn, Ny

Nicole White, 44 (/Nicole-White/E922561003380)
Brooklyn, Ny

Nicole White, 46 (/Nicole-White/E932016970116)
Brooklyn, Ny

Nicole White, 46 (/Nicole-White/E933092107350)
Brooklyn, Ny

Nicole White, 36 (/Nicole-White/E1212227262972)
Brooklyn, Ny

Nicole White, 36 (/Nicole-White/E1312723692036)
Brooklyn, Ny

(/pub-multisearch.pubview?
pb=1&searchFirstName=Nicole&searchLastName=White&searchAge=49)

Brooklyn (/people-search/ny/brooklyn/find/nicole-white) ＞ Nicole White (/nicole-white/)

Find Anyone:
A (https://www.mylife.com/people-search/a/) | B (https://www.mylife.com/people-search/b/) |
C (https://www.mylife.com/people-search/c/) | D (https://www.mylife.com/people-search/d/) |
E (https://www.mylife.com/people-search/e/) | F (https://www.mylife.com/people-search/f/) |
G (https://www.mylife.com/people-search/g/) | H (https://www.mylife.com/people-search/h/) |
I (https://www.mylife.com/people-search/i/) | J (https://www.mylife.com/people-search/j/) |
K (https://www.mylife.com/people-search/k/) | L (https://www.mylife.com/people-search/l/) |
M (https://www.mylife.com/people-search/m/) | N (https://www.mylife.com/people-search/n/) |
O (https://www.mylife.com/people-search/o/) | P (https://www.mylife.com/people-search/p/) |
Q (https://www.mylife.com/people-search/q/) | R (https://www.mylife.com/people-search/r/) |
S (https://www.mylife.com/people-search/s/) | T (https://www.mylife.com/people-search/t/) |
U (https://www.mylife.com/people-search/u/) | V (https://www.mylife.com/people-search/v/) |
W (https://www.mylife.com/people-search/w/) | X (https://www.mylife.com/people-search/x/) |

(/people-search/) |    (https://www.mylife.com/contact-us)

## Stay Connected

(https://www.facebook.com/MyLifeUS) (https://plus.google.com/u/0/+mylifecom/)

(https://www.linkedin.com/company/mylife-com) (https://twitter.com/mylifecom)

(/user-agreement) |              (/privacy-policy)
Copyright Â©2019 MyLife.com<sup>Â®</sup>, Inc.

# MARY CUMMINS, INVESTIGATIVE REPORTER, WRITER, SPEAKER, ACTIVIST IN LOS ANGELES, CALIFORNIA

MARY CUMMINS IS AN INVESTIGATIVE REPORTER, WRITER, SPEAKER AND VICTIMS RIGHTS ACTIVIST. CUMMINS IS ALSO A REAL ESTATE APPRAISER IN LOS ANGELES, CALIFORNIA.

Google+

FRIDAY, NOVEMBER 24, 2017

## Who is con man Jeff Tinsley, Jeff Hamilton who runs MyLife.com scam? Credit card theft, lawsuits, false advertising, criminal, spam



Jeff Tinsley, Jeff Paul Tinsley, mylife.com, fraud, theft, scam, spam, credit card theft, reunion.com, classmates.com

UPDATE: 06/03/2019 Jeff Tinsley has been sued for posting defamatory information about people on mylife.com. This case was 2018.

https://www.casemine.com/judgement/us/5af953963f5bae2082278a0d

Another article about Jeff Tinsley's mylife.com being a hostage taker

https://myrtlebeachsc.com/is-reputation-site-nothing-more-than-an-online-hostage-taker/

11/28/2017: Just got this response from mylife.com. They did remove

YOU CAN PROVIDE INFORMATION ANONYMOUSLY

UPDATE: I've gotten three anonymous emails recently. They were all numbers. Try a different service. If you would like to give, send information anonymously, I agree to protect your identity. You can also hide your caller ID, call me or leave a voice mail. You can email me using an anonymous remailer. My email addy is mmmarycummins xxx # xxx gmail. xxx com Remove "xxx's," replace "#" with "@." My phone is 3x1x0 8x7x7 4x7x7x0 remove "x's." Thanks.

MARY CUMMINS INVESTIGATIVE REPORTER IN LOS ANGELES, CALIFORNIA



**MARY CUMMINS**
LOS ANGELES, CALIFORNIA

Mary Cummins of Cummins Real Estate Services has been in real estate since 1983, over 35 years. She is licensed by the Bureau of Real Estate Appraisers. Mary Cummins was an agent and broker licensed with the California Department of Real Estate selling residential income, commercial buildings, raw land and homes for Merrill Lynch Realty in Beverly Hills and Westside Properties in Los Angeles before concentrating on appraisals. Mary Cummins currently provides real estate appraisals, expert



B

**JUSTIA**

# White v Comunilife Scattered Site

[*1] White v Comunilife Scattered Site 2018 NY Slip Op 50582(U) Decided on April 13, 2018 Appellate Term, Second Department Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on April 13, 2018
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHAEL L. PESCE, P.J., THOMAS P. ALIOTTA, DAVID ELLIOT, JJ
2016-2099 K C

Nicole P. White, Appellant,

against

Comunilife Scattered Site, Respondent.

Nicole P. White, appellant pro se. Comunilife Scattered Site, respondent pro se (no brief filed).

Appeal, on the ground of inadequacy, from a judgment of the Civil Court of the City of New York, Kings County (Robin Kelly Sheares, J.), entered April 4, 2016. The judgment, after an inquest, awarded plaintiff the principal sum of $220.

ORDERED that the judgment is affirmed, without costs.

Plaintiff commenced this small claims action to recover the sum of $3,517 for damage to her television set following a fire in the apartment above hers, and for utility bills which defendant had promised to pay. Defendant failed to appear on the April 4, 2016 trial date, whereupon the court (Robin Kelly Sheares, J.) held an inquest. Plaintiff produced documentary evidence of defendant's agreement to compensate plaintiff for electric and telephone usage in the period following the fire, and submitted the bills for the relevant period, but offered no testimony as to the cost of the personal property or of the property's condition immediately before and after the fire. At the conclusion of the inquest, the Civil Court awarded plaintiff the principal sum of $220, apparently for the utility bills received in the four-month period between the fire and plaintiff's departure from the premises, but awarded nothing for property damage. Plaintiff appeals, on the ground of inadequacy, arguing that she is entitled to recover for her property damage.

Friedman, 269 AD2d 584, 584 [2000]; Williams v Roper, 269 AD2d 125, 126 [2000]).

As plaintiff testified that the fire was caused by the occupant of the apartment above plaintiff's apartment smoking in bed, there is no basis, under the circumstances presented, to impose liability upon defendant for the property damage caused by that fire. In any event, even assuming arguendo that defendant could be held liable for plaintiff's property damage resulting from the fire, the record is insufficient to support any award therefor. Although a small claims court is not bound by the rules of evidence (see CCA 1804), there must be some proof of the " [*2]'quality and condition' " of the personal property alleged to have been damaged or destroyed (Slepoy v Kliger, 26 Misc 3d 126[A], 2009 NY Slip Op 52603[U], *2 [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2009], quoting Korn v American Airlines, Inc., 11 Misc 3d 87, 88-89 [App Term, 2d Dept, 9th & 10th Jud Dists 2006]; see also Rowe v Silver & Gold Expressions, 107 AD3d 1090, 1091 [2013]; Fassett v Fassett, 101 AD2d 604, 605 [1984]) immediately prior to its damage or destruction (see Lozinsky v Michael Neubauer Servicenter, 259 AD2d 673, 673 [1999]; see also Rose v Lagadakia Realty Corp., 31 Misc 3d 140[A], 2011 NY Slip Op 50785[U], *1 [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2011]). The record contains no proof, documentary or testimonial, of the original cost of the television set, of its condition immediately before the fire, and of the extent of the damage it sustained as a result of the fire.

As plaintiff was not entitled to recover damages in an amount greater than the principal sum of $220 awarded, substantial justice does not require that the award to plaintiff be increased (see CCA 1804, 1807). Accordingly, the judgment is affirmed.

PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.


ENTER:
Paul Kenny
Chief Clerk
Decision Date: April 13, 2018

JUSTIA

# White v. Miller

Nicole P. White

Marigrace Miller

7:2019cv00668

January 23, 2019

US District Court for the Southern District of New York

Kenneth M Karas

Civil Rights: Other

42:1983

Plaintiff

# Docket Report                                    RSS Track this Docket

This docket was last retrieved on March 18, 2019. A more recent docket listing may be available from PACER.

## Document Text

**Filing 10**  FRCP 4 SERVICE PACKAGE MAILED to Nicole P. White 490 Myrtle Avenue Apt. 2J Brooklyn, NY 11205, at, on 3/18/2019 Re: #9 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse (only in non prisoner cases), a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases). (nb)

FRCP 4 SERVICE PACKAGE HAND DELIVERED TO U.S.M.: on 3/18/2019 Re: Judge Kenneth M. Karas

**Document Text**

**Filing 4**  ORDER TO AMEND: The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. Plaintiff is granted leave to file an amended complaint that complies with the standards set forth above. Plaintiff must submit the amended complaint to this Court's Pro Se Intake Unit within sixty days of the date of this order, caption the document as an "Amended Complaint," and label the document with docket number 19-CV-668 (CM). An Amended Complaint form is attached to this order. No summons will issue at this time. If Plaintiff fails to comply within the time allowed, and she cannot show good cause to excuse such failure, the complaint will be dismissed for failure to state a claim upon which relief may be granted. The Court certifies under 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). (Signed by Judge Colleen McMahon on 2/8/2019) (sac) Transmission to Docket Assistant Clerk for processing.

Mailed a copy of #3 Order Granting IFP Application to Nicole P. White 490 Myrtle Avenue Apt. 2J Brooklyn, NY 11205. (aea)

**Filing 3**  ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. 1915. (Signed by Judge Colleen McMahon on 1/25/2019) (sac) Transmission to Docket Assistant Clerk for processing.

Case Designated ECF. (sac)

**Filing 2**  COMPLAINT against Marigrace Miller. Document filed by Nicole P. White. (sac)

**Filing 1**  REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Nicole P. White.(sac)

# Access additional case information on PACER

Use the links below to access additional information about this case on the US Court's PACER system. A subscription to PACER is required.

Access this case on the New York Southern District Court's Electronic Court Filings (ECF) System

- Search for Party Aliases
- Associated Cases
- Attorneys
- Case File Location
- Case Summary
- Docket Report

**Document Text**

SUMMONS ISSUED as to Marigrace Miller. (nb)

**Filing 9**  ORDER OF SERVICE: To allow Plaintiff to effect service on Defendant Marigrace Miller through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon this defendant. Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so. The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package. The Clerk of Court is further instructed to complete the USM-285 form with the addresses for Marigrace Miller and deliver all documents necessary to effect service to the U.S. Marshals Service. SO ORDERED. (Signed by Judge Kenneth M. Karas on 3/15/2019) (jca)

Magistrate Judge Judith C. McCarthy is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: #http://nysd.uscourts.gov/forms.php. (ma)

NOTICE OF CASE REASSIGNMENT to Judge Kenneth M. Karas. Judge Colleen McMahon is no longer assigned to the case. (ma)

**Filing 6**  LETTER from Nicole White, dated 2/22/19 re: (PLAINTIFF AFFIDAVIT/ AFFIRMATION IN OPPOSITION TO DEFENDANT'S MOTION) - Plaintiff requests that the Court order a pro se layer to defend her. Document filed by Nicole P. White.(sc)

**Filing 5**  NOTICE OF MOTION; Re: REQUEST TO ISSUE SUBPOENAS. Document filed by Nicole P. White.(sc) (Main Document 5 replaced on 3/4/2019) (sc).

Mailed a copy of #4 Order 60 Days Amended Complaint (case opening), to Nicole P. White 490 Myrtle Avenue Apt. 2J Brooklyn, NY 11205. (aea)

NOTICE OF CASE ASSIGNMENT - SUA SPONTE to Judge Colleen McMahon. Judge Unassigned is no longer assigned to the case. (sac)

# Why Is My Information Online?

Justia's dockets and court filings provide public litigation records from federal and state courts as a public service. These records, some of which are the law of the land, should be available to all to read.

When reviewing documents on Justia Dockets & Filings, please note the following:

1. The information displayed is from official records, but does not comprise all information from court records available to the public.

2. If private information is revealed in evidence, pleadings, or other documents (such as exhibits, affidavits, and transcripts) that are part of the public court record, that information will become available when court electronic records are made accessible to the public.

3. Some opinions and other court documents have been marked as "Not for publication." This marker means simply that the document generally cannot be cited or relied upon in subsequent cases. **It does not mean that the opinion has been sealed or that contents of the opinion are protected or private information.**

4. Since these dockets, filings, and opinions are in the public record, Justia will not fully remove items from our database without an applicable court order marking such records under seal or designating them for removal from the public record. Judges, lawyers, and individuals rely on previous court records and decisions to determine how they should proceed in future cases. If you want your information deleted from the Justia site, you should contact the court directly or hire an attorney to do so to petition the court to seal your information.

5. While Justia will not fully remove records that are not under seal, reasonable accommodation will be made upon written request to block case filings and opinions from appearing in search engine results using the robots.txt protocol. This means when a person searches for your docket or opinion using a search engine such as Google, that page from Justia should not show up in the search results. However, please note, many courts today make their opinions publicly available on the Internet. **Many other organizations also publish these opinions. Justia can only block records from our own database. Your case may be located in several different websites, and we cannot control links from sites that are not from Justia.**

6. Once the robots.txt protocol has been applied to a link from our database, we have no control over how long it will take for the link(s) to the document(s) to come out of the search engines.

**Disclaimer:** Justia Dockets & Filings provides public litigation records from the federal appellate and district courts. These filings and docket sheets should not be considered findings of fact or liability, nor do they necessarily reflect the view of Justia.