UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NICOLE P. WHITE,

        Plaintiff,

- against -

MYLIFE.COM; JEFF TINSLEY, Founder and CEO;
JUSTIA; and TIM STANLEY, CEO,

        Defendants.
------------------------------------------------------------------X

**MEMORANDUM & ORDER**
19-CV-4138 (RRM) (RML)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

    Plaintiff Nicole P. White, proceeding *pro se*, brought this action alleging violations of the Privacy Act of 1974 (the "Privacy Act"), as well as defamation and right of publicity claims, against defendants MyLife.com, MyLife founder and CEO Jeff Tinsley, Justia.com ("Justia"), and Justia CEO Tim Stanley. (Complaint (Doc. No. 1).) In an order issued on April 20, 2020, the Court dismissed White's claims against Justice and Stanley, granting White 30 days' leave to amend her complaint. (Order Dismissing (Doc. No. 4) at 1.) In granting White leave to amend, the Court warned White that if she did "not amend these claims [against Justia and Stanley] within 30 days of the date of th[e] Order, . . . judgment m[ight] enter against her." (*Id.* at 6.) 30 days have now elapsed and, to date, White has not filed an amended complaint.

    Accordingly, for the reasons set forth in the Court's April 20, 2020, Memorandum and Order, White's claims against Justia and Stanley are dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 428, 444–45 (1962). The Clerk of Court is directed to enter judgment for defendants Justia and Stanley and to mail a copy of this Memorandum and Order and the Judgment to the *pro se* plaintiff.

SO ORDERED.

Dated: Brooklyn, New York          *Roslynn R. Mauskopf*
       October 15, 2020
                                                                ROSLYNN R. MAUSKOPF
                                                              Chief United States District Judge